1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CALIFORNIA SPORTFISHING
     PROTECTION ALLIANCE,

11
              Plaintiff,                    No. CIV S-05-0952 WBS JFM

12
        vs.

13
     CALIFORNIA AMMONIA
14   COMPANY dba CALAMCO,

15
              Defendant.               ORDER

16   _____/

17          Plaintiff's motion to compel additional site inspections came on regularly for

18   hearing December 15, 2005.  Michael R. Lozeau appeared for plaintiff.  James M. Morris

19   appeared for defendant.  The parties had agreed to one wet season site inspection.  Plaintiff

20   sought two additional inspections.  Upon review of the motion and the documents in support and

21   opposition, upon hearing the arguments of plaintiff and counsel and good cause appearing

22   therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

23          Plaintiff is entitled to perform one additional wet season inspection as described

24   in the parties' joint stipulation filed December 12, 2005.  After the additional inspection is

25   performed, if either party believes a third inspection is necessary, the two examining experts

26   conducting the on-site inspections will confer.  If the two experts conclude a third inspection is

1

1  necessary, a third inspection shall be conducted.  However, if the two experts dispute whether

2  such a third inspection is necessary, each expert shall file a statement, not to exceed two pages,

3  explaining his or her position.  The court will then decide expeditiously whether a third

4  inspection shall occur.

5           Accordingly, IT IS HEREBY ORDERED that:

6           1.  Plaintiff's November 4, 2005 motion to compel further site inspections is

7  partially granted.  Plaintiff may perform one additional wet season site inspection.  If a further

8  site inspection is desired by either party, the parties shall follow the procedure outlined above;

9  and

10          2.  The parties' motions for expenses and for sanctions are denied.

11 DATED:   December 20, 2005.

13                                    UNITED STATES MAGISTRATE JUDGE

15 001;calsport.oah