MICHAEL R. LOZEAU (Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA. 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (Bar No. 168690)
MICHAEL P. LYNES (Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: packardal@mindspring.com

Attorneys for Plaintiff California Sportfishing Protection Alliance

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA AMMONIA COMPANY dba CALAMCO,<br><br>Defendant. | Case No. 2:05-CV-00952-WBS-JFM<br><br>STIPULATED REQUEST TO EXTEND TIME FOR CERTAIN DISCOVERY AND TO CONTINUE HEARING DATE ON MOTION TO COMPEL; ORDER THEREON |

    1.    WHEREAS the Court's Status (Pretrial Scheduling) Order of August 4, 2005 orders that all non-expert discovery related to liability in this matter be concluded by May 1, 2006;

    2.    WHEREAS the Status Order states that the Magistrate Judge assigned to this matter may hear requests to modify any dates or terms of the Order, except those relating to the final Pretrial Conference of the trial;

    3.    WHEREAS Plaintiff California Sportfishing Protection Alliance ("CSPA") served on Defendant California Ammonia Company, dba Calamco ("Calamco") CSPA's First Sets of

PDF created with pdfFactory trial version www.pdffactory.com

Interrogatories and Requests for Admissions on December 12, 2005;

  4. WHEREAS Calamco responded to CSPA's First Sets of Interrogatories and Requests for Admissions on January 27, 2006, raising objections to certain interrogatories and requests for admissions;

  5. WHEREAS CSPA contested certain objections raised and responses provided by Calamco;

  6. WHEREAS the parties have met and conferred regarding the discovery matters in dispute by letter and via telephone conference on several occasions between the dates of March 13, 2006 and April 7, 2006;

  7. WHEREAS, after being unable to resolve the discovery disagreements, and cognizant that the deadline for non-expert discovery in this matter was May 1, 2006, CSPA filed a motion to compel further responses on March 23, 2006, which is set for hearing on April 13, 2006;

  8. WHEREAS on April 7, 2006, Calamco agreed to supplement its responses to the discovery requests in dispute by no later than April 12, 2006;

  9. WHEREAS CSPA will require additional time to review Calamco's supplemental responses;

  10. WHEREAS the parties will require sufficient time to resolve any remaining disputes following Calamco's supplemental responses;

  11. WHEREAS CSPA wishes to retain its right to move to compel further responses to its First Sets of Interrogatories and Requests for Admissions if Calamco's April 12, 2006 supplemental responses contain objections or other language that CSPA may legitimately contest; and

  12. WHEREAS the parties wish to avoid expending the courts' resources to hear CSPA's motion to compel scheduled for April 13, 2006 on matters that may be resolved by Calamco's April

PDF created with pdfFactory trial version www.pdffactory.com

12, 2006 supplemental responses;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The parties respectfully request (1) the Court order an extension of non-expert discovery in this matter only as to CSPA's First Sets of Interrogatories and Requests for Admissions from May 1, 2006 to June 1, 2006, and (2) the Court continue the currently scheduled hearing date of April 13, 2006 on Plaintiff's Motion to Compel until May 11, 2006 or as soon thereafter as the Court has a date available for hearing the motion to compel further responses, if necessary.

Respectfully submitted,

Dated: April 10, 2006        LAW OFFICE OF MICHAEL R. LOZEAU
                             LAW OFFICES OF ANDREW L. PACKARD


                             By:    /s/ Michael P. Lynes
                                    Michael R. Lozeau
                                    Michael P. Lynes
                                    Attorneys for Plaintiff
                                    CALIFORNIA SPORTFISHING PROTECTION
                                    ALLIANCE

Dated: <u>April 10, 2006</u>.   MORRIS & NAKAUE


                             By:    /s/ James M. Morris
                                    James M. Morris
                                    Attorney for Defendant
                                    CALIFORNIA AMMONIA COMPANY

<u>ORDER</u>

IT IS HEREBY ORDERED:

1. The deadline for conclusion of non-expert discovery regarding liability only as to Plaintiff California Sportfishing Protection Alliance's First Sets of Interrogatories and Requests for Admissions is extended to June 1, 2006. All other non-expert discovery regarding liability must be

PDF created with pdfFactory trial version www.pdffactory.com

concluded by May 1, 2006, as set forth in the Status (Pretrial Scheduling) Order of August 4, 2005 in this matter.

      2.  The hearing of Plaintiff California Sportfishing Protection Alliance's motion to compel further responses filed on March 23, 2006 and set to come before the Court for hearing on April 13, 2006 will be continued to May 11, 2006, at 11:00 a.m. in courtroom #25 before the undersigned.

DATED:  April 10, 2006.

                                               By: /s/ John F. Moulds
                                                   John F. Moulds
                                                   U.S. Magistrate Judge

/casport.eot

PDF created with pdfFactory trial version www.pdffactory.com