1 | MICHAEL R. LOZEAU (Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA. 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (Bar No. 168690)
MICHAEL P. LYNES (Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: packardal@mindspring.com

Attorneys for Plaintiff California Sportfishing Protection Alliance

JAMES M. MORRIS (Bar No. 48365)
Parish & Small
3031 West March Lane, Suite 239 West
Stockton, CA 95219-6568
Tel: (209) 477-6430
Fax: (209) 477-3450
jmmorrisjd@gmail.com

Attorneys for Defendant California Ammonia Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA AMMONIA COMPANY dba CALAMCO,<br><br>    Defendant. | Case No. 2:05-CV-00952-WBS-JFM<br><br>STIPULATED REQUEST TO SCHEDULE AN EARLY SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE; EXTEND TIME FOR DISCOVERY AND TO CONTINUE TRIAL DATE; ORDER THEREON |

    1.    WHEREAS the Court's Status (Pretrial Scheduling) Order of August 4, 2005 orders that all non-expert discovery related to remedies in this matter be concluded by April 2, 2007;

    2.    WHEREAS the Status Order states that the Magistrate Judge assigned to this matter

Stipulated Request To Schedule An Early Settlement Conference Before The Magistrate Judge; Extend Time For Discovery And To Continue Trial Date; Order Thereon - Case No. 2:05-CV-00952-WBS-JFM   -1-

PDF created with pdfFactory trial version www.pdffactory.com

may hear requests to modify any dates or terms of the Status Order, except those relating to the final Pretrial Conference or the trial;

    3.    WHEREAS on January 26, 2007, Plaintiff California Sportfishing Protection Alliance ("CSPA") served on Defendant California Ammonia Company, dba Calamco ("Calamco") CSPA's Second Set of Requests for Documents;

    4.    WHEREAS on January 29, 2007, the Court issued an order denying Plaintiff's and defendant's respective motions for summary judgment;

    5.    WHEREAS Defendant Calamco intends to move the Court to certify certain issues for appeal to the Ninth Circuit Court of Appeals;

    6.    WHEREAS the parties now wish to enter into mediation before Magistrate Judge John F. Moulds to attempt to resolve this litigation;

    7.    WHEREAS the Parties believe an extension of the discovery deadlines for the remedy phase of the litigation as well as an extension of the trial date are necessary in order to allow time for a settlement process before the Magistrate Judge to occur as well as to avoid expending the parties' and the Court's resources on further discovery and litigation pending the outcome of the settlement process; and

    8.    WHEREAS the parties, by this stipulation, request that the Court schedule an early settlement conference before Magistrate Judge Moulds for March 29, 2007 at 1:30 p.m. or as soon thereafter as the Court has a date available for such settlement conference.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

    The parties respectfully request that the Court schedule an early settlement conference before Magistrate Judge Moulds for March 29, 2007 at 1:30 p.m. or as soon thereafter as the Court has a date available for such settlement conference. Pursuant to Local Rule 16-270, the parties hereby

PDF created with pdfFactory trial version www.pdffactory.com

waive any claim of disqualification of Magistrate Judge Moulds to act as a magistrate judge in this action so that he may conduct the requested settlement conference.

The parties stipulate that defendant Calamco file, on or before March 1, 2007, a motion requesting certification of issues for interlocutory appeal to the Ninth Circuit Court of Appeals and set the motion for April 30, 2007 or as soon thereafter as the Court may hear the motion, so that CSPA will not be required to respond to the motion during the period the parties are engaged in the mediation process.  In the event the mediation is continued to a date beyond March 29, 2007, the parties will seek to have the hearing on Calamco's motion and CSPA's response continued for a like period of time.

The parties further request that the Court extend the remaining discovery deadlines, pretrial conference date, and trial date by amending the timelines in its August 4, 2005 Status (Pretrial Scheduling) Order as follows:

(1) All non-expert discovery as to remedy will be completed by June 29, 2007;

(2) The parties' initial expert disclosures shall be made by July 31, 2007;

(3) The parties' rebuttals to expert disclosures shall be submitted by August 31, 2007;

(4) Depositions of disclosed experts shall be completed by October 31, 2007.

(5) All discovery is left open, save and except that it shall be conducted as to be completed by October 31, 2007.

(6) All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before December 17, 2007.

(7) The Final Pretrial Conference is set for February 25, 2008 at 10:00 a.m. or as soon thereafter as is convenient for the Court.

(8) The Trial is set for May 21, 2008 in Courtroom No. 5 at 1:30 p.m. or as soon thereafter

PDF created with pdfFactory trial version www.pdffactory.com

as is convenient to the Court.

Respectfully submitted,

Dated: February 23, 2007    LAW OFFICE OF MICHAEL R. LOZEAU

                              By:    /s/ Michael R. Lozeau
                                     Michael R. Lozeau
                                     Attorney for Plaintiff
                                     CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

Dated: February 23, 2007    PARISH & SMALL

                              By:    /s/ James M. Morris (as authorized on Feb. 23, 2007)
                                     James M. Morris
                                     Attorney for Defendant
                                     CALIFORNIA AMMONIA COMPANY

IT IS SO ORDERED:

    1.   The parties shall appear for an early settlement conference in front of Magistrate Judge John F. Moulds on March 29, 2007 at 1:30 p.m.;

    2.   The parties shall submit their respective confidential settlement conference statements to the Magistrate Judge by March 22, 2007;

The timelines set forth in the Court's August 4, 2005 Status (Pretrial Scheduling) Order are amended as follows:

    1.   All non-expert discovery as to remedy will be completed by June 29, 2007;

    2.   The parties' initial expert disclosures shall be made by July 31, 2007;

    3.   The parties' rebuttals to expert disclosures shall be submitted by August 31, 2007;

    4.   Depositions of disclosed experts shall be completed by October 31, 2007.

    5.   All discovery is left open, save and except that it shall be conducted as to be completed by October 31, 2007.

    6.   All motions, except motions for continuances, temporary restraining orders, or other

Stipulated Request To Schedule An Early Settlement Conference Before The Magistrate Judge; Extend Time For Discovery And To Continue Trial Date; Order Thereon - Case No. 2:05-CV-00952-WBS-JFM   -4-

PDF created with pdfFactory trial version www.pdffactory.com

emergency applications, shall be filed on or before December 17, 2007.

7. The Final Pretrial Conference is set for **February 25, 2008 at 1:30 p.m**.

8. The Trial is set **for May 20, 2008 in Courtroom No. 5 at 9:00 a.m**.

DATED: February 26, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com