MICHAEL R. LOZEAU (Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA. 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (Bar No. 168690)
MICHAEL P. LYNES (Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: packardal@mindspring.com

Attorneys for Plaintiff California Sportfishing Protection Alliance

JAMES M. MORRIS (Bar No. 48365)
Parish & Small
3031 West March Lane, Suite 239 West
Stockton, CA 95219-6568
Tel: (209) 477-6430
Fax: (209) 477-3450
jmmorrisjd@gmail.com

Attorneys for Defendant California Ammonia Company

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA AMMONIA COMPANY dba CALAMCO,<br><br>    Defendant. | Case No. 2:05-CV-00952-WBS-JFM<br><br>STIPULATED REQUEST TO EXTEND HEARING DATE, TIME FOR DISCOVERY AND TO CONTINUE TRIAL DATE IN ORDER TO ACCOMMODATE RESCHEDULED SETTLEMENT CONFERENCE; ORDER THEREON<br><br>Hearing Date: April 30, 2007<br>Time: 1:30 p.m.<br>Trial Date: May 20, 2008, 9:00 a.m.<br>Courtroom: 5<br>Judge William B. Shubb |

1.   WHEREAS, pursuant to the parties' stipulation and the then available dates of the Magistrate Judge, the Court scheduled an early settlement conference in this matter before Magistrate

PDF created with pdfFactory trial version www.pdffactory.com

Judge Moulds for March 29, 2007 at 1:30 p.m.;

    2.    Whereas the Court needed to reschedule the settlement conference for April 26, 2007, the first date available for the court and the parties;

    3.    Whereas, in order to accommodate the earlier scheduled settlement date, and pursuant to the parties' stipulation, on February 27, 2007, the Court, via stipulated order, extended the timelines for discovery and trial in the case;

    4.    Whereas on March 2, 2007, Defendant Calamco filed an amended motion for an order certifying the Court's denial of Calamco's motion for summary judgment for interlocutory appeal and scheduled a hearing on the motion for April 30, 2007;

    5.    Whereas, the parties wish to focus their resources on the upcoming settlement conference and determine whether the case may be resolved without need for further motions or litigation;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The parties respectfully request that the Court adjust the existing scheduled hearing and case management schedule as follows in order for the parties to accommodate the settlement conference before Judge Mould now scheduled for April 26, 2007;

1. The hearing on Calamco's motion requesting certification of the Court's order denying Calamco's motion for summary judgment for interlocutory appeal currently scheduled for April 30, 2007 at 1:30 p.m. be extended until June 11, 2007 at 1:30 pm or as soon thereafter as the Court may here the motion;

2. All non-expert discovery as to remedy will be completed by July 30, 2007;

3. The parties' initial expert disclosures shall be made by August 31, 2007;

4. The parties' rebuttals to expert disclosures shall be submitted by October 1, 2007;

PDF created with pdfFactory trial version www.pdffactory.com

5. Depositions of disclosed experts shall be completed by November 30, 2007.

6. All discovery is left open, save and except that it shall be conducted as to be completed by November 30, 2007.

7. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before January 18, 2008.

8. The Final Pretrial Conference is set for March 24, 2008 at 1:30 p.m. or as soon thereafter as is convenient for the Court.

9. The Trial is set for June 24, 2008 in Courtroom No. 5 at 9:00 a.m. or as soon thereafter as is convenient to the Court.

Respectfully submitted,

Dated: March 23, 2007         LAW OFFICE OF MICHAEL R. LOZEAU

                              By:   /s/ Michael R. Lozeau
                                    Michael R. Lozeau
                                    Attorney for Plaintiff
                                    CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

Dated:  March 23, 2007        PARISH & SMALL

                              By:   /s/ James M. Morris (as authorized on March 23, 2007)
                                    James M. Morris
                                    Attorney for Defendant
                                    CALIFORNIA AMMONIA COMPANY

IT IS SO ORDERED:

1. The hearing on Defendant Calamco's pending motion for certification for interlocutory appeal is rescheduled for June 11, 2007 at 1:30 p.m.

The timelines set forth in the Court's August 4, 2005 Status (Pretrial Scheduling) Order, as amended by the Court's Stipulated Order dated February 27, 2007, are further amended as follows:

1. All non-expert discovery as to remedy will be completed by July 30, 2007;

PDF created with pdfFactory trial version www.pdffactory.com

2. The parties' initial expert disclosures shall be made by August 31, 2007;

3. The parties' rebuttals to expert disclosures shall be submitted by October 1, 2007;

4. Depositions of disclosed experts shall be completed by November 30, 2007.

5. All discovery is left open, save and except that it shall be conducted as to be completed by November 30, 2007.

6. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before January 18, 2008.

7. The Final Pretrial Conference is set for March 24, 2008 at 1:30 p.m.

8. The Trial is set for June 24, 2008 in Courtroom No. 5 at 9:00 a.m.

DATED:  March 23, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulated Request To Extend Hearing Date, Time For Discovery And To Continue Trial Date In Order To Accommodate Rescheduled Settlement Conference; Order Thereon - Case No. 2:05-CV-00952-WBS-JFM         -4-

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com