MICHAEL R. LOZEAU (Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA. 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (Bar No. 168690)
MICHAEL P. LYNES (Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff California Sportfishing Protection Alliance

JAMES M. MORRIS (Bar No. 48365)
Parish & Small
3031 West March Lane, Suite 239 West
Stockton, CA  95219-6568
Tel:  (209) 477-6430
Fax:  (209) 477-3450
E-mail:  jmmorrisjd@gmail.com

Attorneys for Defendant California Ammonia Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA AMMONIA COMPANY dba CALAMCO, <br><br> Defendant. _____/ | Case No. 2:05-CV-00952-WBS-JFM <br><br> STIPULATED REQUEST TO EXTEND TIME FOR DISCOVERY; ORDER THEREON |

1.  WHEREAS, upon the stipulated request of the Parties and in order to allow the

parties to focus on a settlement conference held before Magistrate Judge John F. Moulds on

/////

1

April 26, 2007, the Court issued its Order on March 23, 2007 to amend the pretrial schedule set forth in the Court's August 4, 2005 Status (Pretrial Scheduling) Order, as amended on February 26, 2007;

    2.    WHEREAS the Court's Order of March 23, 2007 orders sets forth the following pretrial schedule:

    (1)    All non-expert discovery as to remedy will be completed by July 30, 2007;

    (2)    The parties' initial expert disclosures shall be made by August 31, 2007;

    (3)    The parties' rebuttals to expert disclosures shall be submitted by October 1, 2007;

    (4)    Depositions of disclosed experts shall be completed by November 30, 2007.

    (5)    All discovery is left open, save and except that it shall be conducted as to be completed by November 30, 2007.

    (6)    All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before January 18, 2008.

    (7)    The Final Pretrial Conference is set for March 24, 2008 at 1:30 p.m.

    (8)    The Trial is set for June 24, 2008 in Courtroom No. 5 at 9:00 a.m.

    3.    WHEREAS, on April 26, 2007, the parties participated in a settlement conference with Magistrate Judge Moulds which did not succeed in resolving the litigation;

    4.    WHEREAS on March 1, 2007, defendant Calamco filed a motion for leave to seek interlocutory appeal of certain issues;

    5.    WHEREAS, after hearing arguments from both Parties on June 11, 2007, the Court denied Calamco's motion to certify certain issues for appeal to the Ninth Circuit Court of Appeals on June 19, 2007;

    6.    WHEREAS the Parties have been diligent in attempting to meet the Court's August 4, 2005 Status (Pretrial Scheduling) Order, as amended by the Court's order on March 23, 2007;

7. WHEREAS on January 26, 2007, Plaintiff California Sportfishing Protection Alliance ("CSPA") served on Defendant California Ammonia Company, dba Calamco ("Calamco") CSPA's Second Set of Requests for Documents;

8. WHEREAS, on May 9, 2007, Defendant submitted its initial response to Plaintiff's Second Set of Requests for Documents.

9. WHEREAS, after the parties conferred further, on June 7, 2007 Defendant served a supplemental response to Plaintiff's Second Set of Requests for Documents.

10. WHEREAS Plaintiff CSPA issued its final set of non-expert discovery on June 19, 2007, has met and conferred with counsel for Defendant Calamco in an attempt to set a date for depositions of Calamco during the month of July, has noticed Calamco of said depositions, and has noticed Calamco for an inspection of the Calamco facility pursuant to F.R.C.P. 34 for the month of July;

11. WHEREAS Defendant's counsel is lead counsel in a trial scheduled in San Joaquin County Superior Court for most of July and is only available to attend Plaintiff's noticed depositions on a single day - July 23, 2007 - prior to the current deadline of June 30, 2007 for the parties to complete non-expert discovery;

12. WHEREAS Plaintiff's counsel is in the midst of preparing an opening brief due to be filed on July 23, 2007, involving the review of a 44,000 page administrative record in a trial scheduled for the Alameda County Superior Court;

13. WHEREAS the press of business of the parties' counsel will prevent them from completing the non-expert discovery by the current deadline and is undermining their ability to meet the existing deadlines for expert disclosures;

14. WHEREAS the Parties promptly filed this stipulation upon learning that compliance with the current amended Scheduling Order was not possible;

/////

/////

15. WHEREAS the Parties seek only 30-day extensions of the discovery deadlines and not for the deadline for filing of motions, the date of the Final Pretrial Conference, or the Trial date;

16. WHEREAS the Parties believe an extension of the discovery deadlines for the remedy phase of the litigation is necessary in order to complete discovery; and

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The parties further request that the Court extend the remaining discovery deadlines by amending the timelines in its August 4, 2005 Status (Pretrial Scheduling) Order, as amended by the Court's March 23, 2007 Order, as follows:

(1) All non-expert discovery as to remedy will be completed by August 29, 2007;

(2) The parties' initial expert disclosures shall be made by October 1, 2007;

(3) The parties' rebuttals to expert disclosures shall be submitted by October 31, 2007;

(4) Depositions of disclosed experts shall be completed by November 30, 2007;

(5) All discovery is left open, save and except that it shall be conducted as to be completed by November 30, 2007.

(6) All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before January 18, 2008.

(7) The Final Pretrial Conference is set for March 24, 2008 at 1:30 p.m. or as soon thereafter as is convenient for the Court.

(8) The Trial is set for June 24, 2008 in Courtroom No. 5 at 9:00 a.m. or as soon thereafter as is convenient to the Court.

Respectfully submitted,

Dated: July 9, 2007    LAW OFFICE OF MICHAEL R. LOZEAU
LAW OFFICES OF ANDREW L. PACKARD

By: /s/ Michael Lynes
Michael P. Lynes
Attorney for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

4

1  Dated: July 9, 2007                  PARISH & SMALL

2
                                 By:   /s/ James M. Morris (as authorized on July 9, 2007)
3                                      James M. Morris
                                       Attorney for Defendant
4                                      CALIFORNIA AMMONIA COMPANY

5  IT IS SO ORDERED:

6       The timelines set forth in the Court's August 4, 2005 Status (Pretrial Scheduling) Order,

7  as amended by the Court's March 23, 2007 Order, are amended as follows:

8       1.   All non-expert discovery as to remedy will be completed by August 29, 2007;

9       2.   The parties' initial expert disclosures shall be made by October 1, 2007; and

10      3.   The parties' rebuttals to expert disclosures shall be submitted by October 31, 2007.

11 The remainder of the deadlines set in the above orders remain scheduled as follows:

12      4.   Depositions of disclosed experts shall be completed by November 30, 2007.

13      5.   All discovery is left open, save and except that it shall be conducted as to be

14 completed by November 30, 2007.

15      6.   All motions, except motions for continuances, temporary restraining orders, or

16 other emergency applications, shall be filed on or before January 18, 2008.

17      7.   The Final Pretrial Conference is set for March 24, 2008 at 1:30 p.m.

18      8.   The Trial is set for June 24, 2008 in Courtroom No. 5 at 9:00 a.m.

19 DATED: July 19, 2007.

                                       _____
                                       UNITED STATES MAGISTRATE JUDGE

24 /calsport.xdsc