MICHAEL R. LOZEAU (Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA. 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (Bar No. 168690)
MICHAEL P. LYNES (Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

JAMES M. MORRIS (Bar No, 48365)
PARISH & SMALL, A Professional Law Corporation
1919 Grand Canal Boulevard, Suite A-5
Stockton, CA 95207
Tel:  (209) 952-1992
Fax:  (209) 952-0250
E-mail:  jmmorris@parishsmall.com

Attorneys for Defendant CALIFORNIA
AMMONIA COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>            Plaintiff,<br><br>     vs.<br><br>CALIFORNIA AMMONIA COMPANY dba CALAMCO,<br><br>            Defendant.<br>_____ | Case No. 2:05-CV-00952-WBS-JFM<br><br>**PARTIES' JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO STAY PROCEEDING SPENDING AGENCIES' REVIEW OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER**<br><br>Trial Date:  June 24, 2008<br>Time:  9:00 a.m.<br>Courtroom:  5<br>Honorable Judge William B. Shubb |

  Pursuant to Local Rules 16-160 and 16-272, Plaintiff California Sportfishing Protection Alliance and Defendant California Ammonia Company hereby notify the Court that the parties have reached a settlement agreement that will fully resolve this litigation. A true and correct copy of the executed settlement agreement is attached as Exhibit A to the Declaration of Michael R. Lozeau, filed contemporaneously with this Notice and Stipulated Request. Plaintiff has forwarded the settlement agreement to the United States Environmental Protection Agency and the United States Department of Justice to begin a 45-day review period by those agencies prescribed by Section 505(c)(3) of the Federal Water Pollution Control Act, 33 U.S.C. § 1365(c)(3). Lozeau Dec., ¶ 3; *Id*, Exhibit B. Within five calendar days of the completion of that 45-day agency review period, the parties will file a stipulated request for dismissal requesting the Court to maintain jurisdiction to enforce the terms of the settlement agreement. *Id*., ¶ 4 & Exhibit A, ¶ 2.

  In light of the parties' entering into the settlement agreement and the need to allow the federal agencies 45 days to review the agreement, the parties further request that the Court extend the 20-day period from the date of this notice for filing the dispositional document, *i.e.*, in this case, the stipulated request for dismissal – to a date approximately 70 days from the date of this notice in order for the federal agencies to exercise their statutorily prescribed 45-day review. *See* Local Rule 16-160(b). The parties further request that, in light of the settlement agreement and the 45-day agency review period, the Court immediately stay all proceedings in this action

///
///
///
///
///
///
///
///
///

Plaintiff's Opposition To Calamco's Motion For Order Certifying Denial Of Calamco's Motion For Summary Judgment For Interlocutory Appeal – Case No. 2:05-CV-00952-WBS-JFM

2

until January 4, 2008, by which date the parties will have filed their stipulated request for dismissal. The parties further request that all deadlines and dates currently scheduled by the Court be vacated.

Dated: October 25, 2007	Respectfully submitted,

LAW OFFICE OF MICHAEL R. LOZEAU


By:	/s/ Michael R. Lozeau
	Michael R. Lozeau
	Attorney for Plaintiff
	CALIFORNIA SPORTFISHING PROTECTION ALLIANCE


PARISH & SMALL


By:	/s/ James M. Morris (as authorized on 10/24/07)
	James M. Morris
	Attorney for Defendant California Ammonia Company

PURSUANT TO STIPULATION, IT IS SO ORDERED. All proceedings in this action are hereby stayed. The dates set forth in the Court's previous case management orders are vacated. The parties shall file their proposed dispositional document not later than January 4, 2008.

Dated: October 30, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE