MICHAEL R. LOZEAU (Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA. 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (Bar No. 168690)
MICHAEL P. LYNES (Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

JAMES M. MORRIS (Bar No, 48365)
PARISH & SMALL, A Professional Law Corporation
1919 Grand Canal Boulevard, Suite A-5
Stockton, CA 95207
Tel:  (209) 952-1992
Fax:  (209) 952-0250
E-mail:  jmmorris@parishsmall.com

Attorneys for Defendant CALIFORNIA
AMMONIA COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA AMMONIA COMPANY dba CALAMCO,<br><br>　　　　　Defendant. | Case No. 2:05-CV-00952-WBS-JFM<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS; [~~PROPOSED~~] ORDER GRANTING DISMISSAL [FRCP 41(a)(2)]**<br><br>Conference:  n/a<br>Time:  n/a<br>Courtroom:  5<br>Honorable Judge William B. Shubb |

WHEREAS, on February 24, 2005, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant California Ammonia Company ("Calamco") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on May 13, 2005, CSPA filed its Complaint against Calamco in this Court, *California Sportfishing Protection Alliance v. California Ammonia Company,* Case No. 2:05-cv-00952-WBS-JFM.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and Calamco, through their authorized representatives and without either adjudication of CSPA's claims or admission by Calamco of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") entered into by and between CSPA and Calamco is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed.  The parties respectfully request an order from this Court dismissing such claims.  In accordance with paragraph 2 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the parties for nine years from the date of entry of the Court's order dismissing

///
///
///
///

the action for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Settlement Agreement.

Dated: December 5, 2007          Respectfully submitted,

                                    LAW OFFICE OF MICHAEL R. LOZEAU

                                    By:    /s/ Michael R. Lozeau
                                            Michael R. Lozeau
                                            Attorney for Plaintiff
                                            CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

                                  PARISH & SMALL

                                  By:    /s/ James M. Morris (as authorized on 12/5/07)
                                              James M. Morris
                                              Attorney for Defendant CALIFORNIA AMMONIA COMPANY

## ORDER

Good cause appearing, and the parties having stipulated and agreed,

    IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant California Ammonia Company, as set forth in the Notice and Complaint filed in Case No. 2:05-cv-00952-WBS-JFM, are hereby dismissed.

    IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through nine years from the date of entry of this order for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 6, 2007

                                            WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE